THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 23, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:  
VIANCA SHEREE WRIGHT

Case No. 2019-26481-GMH-13

Chapter 13

Debtor

**ORDER DENYING TRUSTEE'S MOTION TO DISMISS**

    The Chapter 13 Trustee having filed a Trustee's Motion to Dismiss and the Debtor having filed an objection to the Trustee's motion, the Court conducted a hearing on December 10, 2019. The staff attorney for the Trustee, Jennifer K. Marchinowski, appeared in support of the Objection and Attorney Paul Strouse appeared on behalf of the Debtor. After discussion, the Trustee's motion to dismiss is denied subject to the following terms:

    IT IS HEREBY ORDERED: The Trustee's Motion to Dismiss is denied.

    IT IS FURTHER ORDERED: The Debtors must pay $225.00 weekly to the Office of the Chapter 13 Trustee on or before the last day of each month commencing with December 2019 and continuing through and including May 2020.

    IT IS FURTHER ORDERED: This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

    IT IS FURTHER ORDERED: The denial of the Motion to Dismiss is without prejudice to the Trustee filing another Motion for any future defaults.

#####

**Rebecca R. Garcia**  
**Chapter 13 Standing Trustee**  
P O Box 3170  
Oshkosh, WI 54903-3170  
920.231.2150  
Fax 920.231.5713  
E-mail info@ch13oshkosh.com