THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 6, 2020



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re:<br>VIANCA SHEREE WRIGHT | Case No. 2019-26481-GMH-13 |
|---|---|
| | Chapter 13 |
| Debtor | **ORDER REGARDING TRUSTEE'S OBJECTION TO CONFIRMATION** |

    The Objection of the Chapter 13 Standing Trustee, Rebecca R. Garcia, to confirmation of the plan came for hearing before the Honorable G. Michael Halfenger, Chief United States Bankruptcy Judge in his Courtroom in Milwaukee, WI on the 28th day of January 2020;

    Jennifer K. Marchinowski, Staff Attorney, appeared in support of the Objection.   Attorney Paul Strouse appeared on behalf of the debtor. After discussion;

    IT IS HEREBY ORDERED: The Trustee's objection to confirmation is sustained.

    IT IS FURTHER ORDERED: The debtor must file an amended plan and supporting documentation on or before February 27, 2020.

#####

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**