UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:
VIANCA SHEREE WRIGHT

Chapter 13
Case No. 2019-26481-GMH-13

Debtor

**NOTICE OF TELEPHONIC HEARING & OBJECTION TO CONFIRMATION OF MODIFIED CHAPTER 13 PLAN**

Now comes the Chapter 13 Standing Trustee, Rebecca R. Garcia, and objects to confirmation of debtors' Chapter 13 Plan filed on February 28, 2020, for the reason that:

The proposed plan is not substantiated by a budget.

The debtor will be unable to make all the payments under the modified plan or to otherwise comply with the terms of the modified plan. 11 U.S.C. §1325(a)(6). By the terms of the amended plan the debtor has no ability to fund the plan at this time.

WHEREFORE, trustee prays for denial of confirmation of debtors' Chapter 13 Plan filed February 28, 2020.

### NOTICE OF TELEPHONE HEARING

TO:   VIANCA SHEREE WRIGHT            STROUSE LAW OFFICE
      RICKY LIEBLEIN(NFS)              Trustee Rebecca R. Garcia

PLEASE TAKE NOTICE that a telephone hearing will be held via conference call before the Honorable G. Michael Halfenger, Chief United States Bankruptcy Judge, on **April 7, 2020 at 1:00 PM**, to consider the Trustee's Objection to Confirmation of the Modified Plan filed February 28, 2020.

**To appear by telephone, you must call the court conference line at 1-888-684-8852, and enter access code 7183566 before the scheduled hearing time.** Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called. The debtor is welcome, but not required to, participate in this hearing.

Dated the 23rd day of March 2020.
/s/ Rebecca R. Garcia
Chapter 13 Trustee

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**

In Re:  
VIANCA SHEREE WRIGHT

      Debtor

Case No. 2019-26481-GMH-13

Chapter 13  
**CERTIFICATE OF SERVICE**

STATE OF WISCONSIN )  
                          ) SS  
WINNEBAGO COUNTY)

    Kristina L. Wilder, being first duly sworn on oath, states that she is an employee in the office of Rebecca R. Garcia, Standing Chapter 13 Trustee, P.O. Box 3170, Oshkosh, WI 54903-3170 and on the 23rd day of March 2020, a copy of the trustee's Objection to Confirmation of Chapter 13 Plan filed February 28, 2020, was mailed in a first class postage paid envelope to the following:

VIANCA SHEREE WRIGHT  
RICKY LIEBLEIN(NFS)  
4630 NORTH 29TH STREET  
MILWAUKEE, WI  53209

and the following were served electronically

STROUSE LAW OFFICE

                                            Dated the 23rd day of March 2020.  
                                                    /s/ Kristina L. Wilder  
                                                        Kristina L. Wilder